**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CITIMORTGAGE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:09 CV 1909 DDN |
| ) | |
| JUST MORTGAGE, INC., ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum filed herewith and previously filed memorandum opinions (Docs. 187, 211),

**IT IS HEREBY ORDERED** that the motion of plaintiff CitiMortgage, Inc. for summary judgment as to the Group 1 Loans (Doc. 75) is sustained.

**IT IS FURTHER ORDERED** that the motion of plaintiff CitiMortgage, Inc. for summary judgment as to the Group 2 Loans (Doc. 164) is sustained.

**IT IS FURTHER ORDERED** that the motion of plaintiff CitiMortgage, Inc. for summary judgment as to the Group 3 Loans (Doc. 191) is sustained.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that defendant Just Mortgage, Inc. pay to plaintiff CitiMortgage, Inc. the sum of $8,806,276.82.

　　　　　　　　　　　　　　　　　　　　/S/   David D. Noce
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

Signed on March 21, 2013.